UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   BRIAN MICHEAL ANDERSON                                   Case No.:   05-00600-8-JRL
         RITA MARIE ANDERSON

REPORT OF UNCLAIMED DIVIDEND

   The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| NEW HANOVER REGIONAL MEDICAL CENTE<br>PO BOX 9000<br>2131 S. 17TH STREET<br>WILMINGTON, NC 28402-9000 | $43.16 |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

   DATED:  February 4, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295